UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD ALAN CASSEL, SR.<br><br>    Plaintiff,<br> v.<br><br>XM SATELLITE RADIO<br>HOLDINGS INC., and HUGH PANERO<br><br>    Defendant. | Case No. 06-0929 (ESH) |

**ADDITIONAL ATTACHMENT**

May it please the Court, Plaintiff submits his "Plaintiff Certification" for attachment to Plaintiff's Class Action Complaint, filed on May 16, 2006.

DATED: May 18, 2006

            Respectfully submitted,

            _____/s/_____
            Donald J. Enright (D.C. Bar #463007)
            FINKELSTEIN, THOMPSON
            & LOUGHRAN
            1050 30th Street, NW
            Washington, D.C. 20007
            Telephone: (202) 337-8000
            Facsimile: (202) 337-8090

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 18th day of May, 2006, a true and correct copy of the Additional Attachment was served by First Class Mail to Defendants:

XM SATELLITE RADIO HOLDINGS INC.
1500 Eckington Pl., N.E.
Washington, D.C. 20002

HUGH PANERO
1500 Eckington Pl., N.E.
Washington, D.C. 20002

/s/
Donald J. Enright