## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD ALAN CASSEL, SR., Individually and on Behalf of All Others Similarly Situated, )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>XM SATELLITE RADIO HOLDINGS, INC. )<br>and HUGH PANERO,  )<br>)<br>Defendants.  )<br>_____ ) | **APPEARANCE**<br>Civ. A. No. 1:06-cv-00929-ESH |

To the Clerk of this Court and all parties of record:

Please enter the appearance of **CHRISTOPHER J. HERRLING** as counsel in this case for: XM Satellite Radio Holdings, Inc. and Hugh Panero.

June 5, 2006_____              /s/ Christopher J. Herrling_____
Date                                        Signature

D.C. Bar No. 354837_____              Christopher J. Herrling_____
BAR IDENTIFICATION                         Print Name

                                           WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                           1875 Pennsylvania Avenue NW
                                           Washington, DC 20006
                                           Tel: (202) 663-6000

-1-

US1DOCS 5689994v1

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing APPEARANCE by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 5, 2006 to:

>Donald J. Enright, Esq.
>FINKELSTEIN THOMPSON & PUGHRAN
>1050 30th Street NW
>Washington, DC 20006
>Tel: (202) 337-8090
>dje@ftllaw.com
>
>**Counsel for Plaintiff Gerald Alan Cassel, Sr.**

>/s/ Lisa Gasparott_____
>Lisa Gasparott
>WILMER CUTLER PICKERING
> HALE AND DORR LLP
>1875 Pennsylvania Avenue NW
>Washington, DC 20037
>Tel: (202) 663-6000
>Fax: (202) 663-6363

-2-