**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GERALD ALAN CASSEL, SR., Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>XM SATELLITE RADIO HOLDINGS, INC. and HUGH PANERO,<br><br>        Defendants. | **CORPORATE DISCLOSURE CERTIFICATE PURSUANT TO FED. R. CIV. P. 7.1 & LCvR 7.1**<br><br>Civ. A. No. 1:06-cv-00929-ESH |

Certificate required by Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

> I, the undersigned, counsel of record for XM Satellite Radio Holdings, Inc. ("XM"), certify that to the best of my knowledge and belief, XM has no parent companies or subsidiaries that have any outstanding equity securities in the hands of the public. XM Satellite Radio Inc., a wholly owned subsidiary of XM, has outstanding debt securities in the hands of the public. General Motors Corporation is an XM affiliate that has outstanding securities in the hands of the public. American Honda Motor Co., Inc. is an XM affiliate and indirectly publicly held corporation that owns in excess of 10 percent of XM's stock.

These representations are made in order that judges of this court may determine the need for recusal.

-1-

                      Respectfully submitted,

Dated: June 6, 2006                WILMER CUTLER PICKERING HALE AND DORR LLP

                      /s/ Charles E. Davidow
                      Charles E. Davidow, D.C. Bar No. 331702
                      Christopher J. Herrling, D.C. Bar No. 354847
                      John A. Valentine, D.C. Bar No. 473072
                      Michael A. Mugmon, D.C. Bar No. 485150
                      1875 Pennsylvania Avenue NW
                      Washington, DC 20006
                      Tel: (202) 663-6000
                      Fax: (202) 663-6363

## CERTIFICATE OF SERVICE

       I hereby certify that I have served the foregoing CORPORATE DISCLOSURE CERTIFICATE PURSUANT TO FED. R. CIV. P. 7.1 & LCvR 7.1 by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 6, 2006 to:

               Donald J. Enright, Esq.
               FINKELSTEIN THOMPSON & PUGHRAN
               1050 30th Street NW
               Washington, DC 20006
               Tel: (202) 337-8090
               dje@ftllaw.com

               **Counsel for Plaintiff Gerald Alan Cassel, Sr.**

                                    /s/ Lisa Gasparott_____
                                    Lisa Gasparott
                                    WILMER CUTLER PICKERING
                                     HALE AND DORR LLP
                                    1875 Pennsylvania Avenue NW
                                    Washington, DC 20037
                                    Tel: (202) 663-6000
                                    Fax: (202) 663-6363